**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel: 626-799-9797**
**Fax: 626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiffs**
**J & J Sports Productions, Inc.**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | **CASE NO. 1:10-cv-02266-AWI-SKO** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING THE INITIAL SCHEDULING CONFERENCE; AND ORDER** |
| **CAROLINA CURIEL RUIZ, et al.** | |
| **Defendant.** | |

**TO THE HONORABLE SHEILA K. OBERTO, THE DEFENDANT, AND HER ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for Tuesday, March 8, 2011 at 9:30 AM.    As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Carolina Curiel Ruiz, individually and d/b/a El Tenampa a/k/a El Chilito Taqueria.   As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, or any of the other pertinent issues involving the case itself or the preparation of a Joint Status Report.

///

PDF created with pdfFactory trial version www.pdffactory.com

1    **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial

2    Scheduling Conference, presently scheduled for Tuesday, March 8, 2011 at 9:30 AM to a new date

3    approximately Thirty (30) to Forty-Five (45) days forward.

4

5

6                                        Respectfully submitted,

7

8

9

10   Dated: February 25, 2011            */s/ Thomas P. Riley*
                                         **LAW OFFICES OF THOMAS P. RILEY, P.C.**
11                                       By: Thomas P. Riley
                                         Attorneys for Plaintiff
12                                       J & J Sports Productions, Inc.

13

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

PDF created with pdfFactory trial version www.pdffactory.com

1

## **ORDER**

2

3    It is hereby ordered that the Scheduling Conference in civil action number 1:10-cv-02266-AWI-

4    SKO styled *J & J Sports Productions, Inc. v. Carolina Curiel Ruiz, et al*., is hereby continued from

5    Tuesday, March 8, 2011 at 9:30 AM, to: Tuesday, April 26, 2011 at 9:45 AM.

6

7

IT IS SO ORDERED.

8

9    Dated:  __February 25, 2011__          _____  /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com