Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLINA CUREL RUIZ, et al.<br><br>Defendant. | CASE NO. 1:10-cv-02266-AWI-SKO<br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed) |

**TO THE HONORABLE SHEILA K. OBERTO, THE DEFENDANTS, AND  HER ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Initial Scheduling Conference in this action, presently set for Tuesday, April 26, 2011 at 9:45 A.M. This request will be, and is, necessitated by the fact that defendant Carolina Curel Ruiz, individually and d/b/a El Tenampa a/k/a El Chilito Taqueria is in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Initial Scheduling Conference presently scheduled for Tuesday, April 26, 2011 at 9:45 A.M. in order that

Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

                                                Respectfully submitted,

Dated: April 18, 2011                    */s/ Thomas P. Riley*
                                        **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                        By: Thomas P. Riley
                                        Attorneys for Plaintiff
                                        J & J Sports Productions, Inc.

## **ORDER**

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:10-cv-02266-AWI-SKO styled *J & J Sports Productions, Inc. v. Carolina Curel Ruiz, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:  **April 19, 2011**                     **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE